WELTE-MIGNON CORPORATION v. THE 665 FIFTH AVENUE COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AUDLEY H. SELWYN v. ALFRED M. LAZAROWITZ and Others. FRANCIS C. WOODS v. AUDLEY H. SELWYN.— Motion granted as stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL REZZIO.— Motion granted so far as to extend the time of the appellant in which to file the record on appeal and the appellant's points to and including December 14, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIE B. BIRKMIRE v. CAMPUS REALTY CORPORATION and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Motion granted, and the time of the defendant to serve and file the case on appeal and the appellant's points extended to and including December 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABRAHAM SUDEROV and Another. — Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WARREN BIGELOW and IRA L. ANDERSON and Another v. WENDELL P. BARKER and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless plaintiff Warren Bigelow stipulate to pay his proportionate share of the expense of printing the record on appeal, including his notice of appeal. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA FLYNN v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEW YORK STATE SOCIETY OF NATUROPATHS, INC., v. BENEDICT LUST.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENJAMIN MOORE and Another, as Executors, etc., of KATHARINE T. MOORE, Deceased, v. COLIN M. EADIE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER BRUCKENSTEIN v. MORRIS MARCUS and Others.— Motion to dismiss appeal denied, with ten dollars costs, on condition that appellant procure appellant's points to be filed on or before November 19, 1926, with notice of argument for December 7, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES F. MEERS and Another v. MUNSCH-PROTZMANN Co., INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

NICHOLAS SOLKO, Respondent, v. HAY FOUNDRY & IRON WORKS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANK D. CRAIG and Others v. AMERICAN EXCHANGE-PACIFIC NATIONAL BANK.— Motion for reargument denied. Order resettled. Present — Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of HENRY H. McCORKLE, an Attorney.— Proceedings dismissed.